Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorneys for Defendant,
American Coradius International, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DEIRDRA RIORDON, <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>AMERICAN CORADIUS INTERNATIONAL, LLC, <br><br>　　　　　Defendant. | Case No. 1:15-cv-00141-SAB <br><br> JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS |

　　　Defendant, American Coradius International, LLC ("ACI"), by and through undersigned counsel, and plaintiff Deirdra Riordon ("Plaintiff"), by and through undersigned counsel, hereby jointly stipulate that ACI shall have a 14-day

extension of time to respond to plaintiff's Complaint, up to and including March 16, 2015.

Dated: March 2, 2015             Respectfully submitted,

                                 SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                 */s/Debbie P. Kirkpatrick*
                                 Debbie P. Kirkpatrick
                                 Attorney for Defendant
                                 American Coradius International, LLC


                                 KENT LAW OFFICES

                                 */s/Trinette G. Kent*
                                 Trinette G. Kent, Esq.
                                 Attorney for Plaintiff
                                 Deidre Riordon


IT IS SO ORDERED.

Dated:   **March 2, 2015**         _____
                                 UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| DEIRDRA RIORDON | ) | Case No. 1:15-cv-00141-SAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR EXTENSION OF |
| | ) | TIME TO FILE RESPONSIVE |
| AMERICAN CORADIUS | ) | PLEADINGS |
| INTERNATIONAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the parties' Stipulation for Extension of Time for Defendant ACI to file Responsive Pleadings to Plaintiff's Complaint. Having considered the matter, it is ORDERED that the Stipulation is GRANTED. Defendant ACI shall have until March 16, 2015 to file and serve its Responsive Pleadings to Plaintiff's Complaint.