1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
2  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
   1545 Hotel Circle South, Suite 150
3  San Diego, CA  92108-3426
   Tel:   619/758-1891
4  Fax:   619/296-2013
5  dkirkpatrick@sessions-law.biz

6  Attorneys for Defendant,
   American Coradius International, LLC
7

8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10                    FRESNO DIVISION

11 DEIRDRA RIORDON,            ) Case No.  1:15-cv-00141-SAB
12                             )
              Plaintiff,       )
13                             )
14 vs.                         ) **NOTICE OF PENDING SETTLEMENT**
                               )
15 AMERICAN CORADIUS           )
   INTERNATIONAL, LLC,         )
16                             )
17            Defendant.       )
                               )
18 ─────────────────────────────

19     Defendant, American Coradius International, LLC, by and through its
20 undersigned counsel, hereby submits this Notice of Pending Settlement and states
21
22 that the parties have reached a verbal settlement with regard to this case and are
23 presently drafting, finalizing, and executing the settlement and dismissal
24 documents.  Upon execution of the same, the parties will file the appropriate
25 dismissal documents with the Court.

1  Dated: March 11, 2015

2  Respectfully submitted,

3

4

5                                                                /s/Debbie P. Kirkpatrick
   Debbie P. Kirkpatrick, Esq.
6  Attorney for Defendant,
   American Coradius International, LLC
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## **CERTIFICATE OF SERVICE**

I certify that on this 11th day of March 2015, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

> Trinette G. Kent, Esq.
> Lemberg Law
> 10645 North Tatum Boulevard, Suite 200-192
> Phoenix, AZ 85028

/s/Debbie P. Kirkpatrick
Attorney