# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIERDRA RIORDON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN CORADIUS INTERNATIONAL, LLC,<br><br>　　　　　Defendant. | Case No. 1:15-cv-0141---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>THIRTY DAY DEADLINE |

On March 11, 2015, Defendant filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED;

2. The parties shall file dispositional documents within thirty days of the date of service of this order; and

///

///

///

///

1

3. Within ten (10) days of the date of service of this order, Defendant shall file a consent/decline form indicating whether they consent to magistrate judge jurisdiction for purposes of dismissing the case upon settlement. If the Defendants do not wish to consent they can advise the court's Courtroom Deputy, Mamie Hernandez of their decision.

IT IS SO ORDERED.

Dated: **March 12, 2015**

UNITED STATES MAGISTRATE JUDGE