TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Deirdra Riordon

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| Deirdra Riordon,<br><br>            Plaintiff,<br><br>      vs.<br><br>American Coradius International, LLC;<br>and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 1:15-cv-00141---SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1

2

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

3

4

5

Deirdra Riordon ("Plaintiff"), by Plaintiff's attorney, hereby withdraws

6

the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed.

R. Civ. P. 41(a)(1)(A)(i).

7

8

9

By:   */s/   Trinette G. Kent*

10

Trinette G. Kent, Esq.

Lemberg Law, LLC

11

Attorney for Plaintiff, Deirdra Riordon

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, and

not a party to the above-entitled cause. On March 30, 2015, I served a true copy of

foregoing document(s): **NOTICE OF VOLUNTARY DISMISSAL.**

**BY ELECTRONIC FILING:** I hereby certify that on March 30, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Attorney for Defendants American Coradius International, LLC**

I am readily familiar with the firm's practice of collection and processing

correspondence for mailing. Under that practice it would be deposited with the U.S.

Postal Service on that same day with postage thereon fully prepaid in the ordinary

course of business. I am aware that on motion of the party served, service is presumed

invalid if postal cancellation date or postage meter date is more than one day after the

date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this

Court at whose direction the service was made.

Executed on March 30, 2015.

3

1:15-cv-00141---SAB                                                VOLUNTARY DISMISSAL

1

2  By:   /s/   Trinette G. Kent
   Trinette G. Kent, Esq.
3  Lemberg Law, LLC
   Attorney for Plaintiff, Deirdra Riordon

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4