# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRA RIORDON,<br><br>         Plaintiff,<br><br>    v.<br><br>AMERICAN CORADIUS INTERNATIONAL, LLC,<br><br>         Defendant. | No. 1:15-cv-00141-AWI-SAB<br><br>**ORDER OF DISMISSAL** |

Pursuant to the notice of voluntary dismissal with prejudice filed January March 30, 2015 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

IT IS HEREBY ORDERED that this matter be dismissed with prejudice. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:  April 2, 2015                              _____
                                                                    SENIOR DISTRICT JUDGE

1